[No. 29643-4-I.   Division One.   August 22, 1994.]

THE STATE OF WASHINGTON, *Respondent,* v. EDWARD
ANTHONY TRUJILLO, ET AL, *Defendants,* TERRANCE
BLAINE CHRISOSTOMO, *Appellant.*

The opinion in the above captioned case as reported in the advance sheets at 75 Wn. App. 523-529 was withdrawn by order of the Court of Appeals October 31, 1994. See 75 Wn. App. 913.